ney *General Burger* and *Melvin Richter* filed a brief for the Attorney General of the United States, as *amicus curiae,* in opposition to the petition.

No. 695. CONSOLIDATED EDISON CO. OF NEW YORK, INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *James K. Polk, Robert E. Coulson* and *Harold F. Noneman* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Rice* and *Hilbert P. Zarky* for the United States. *Ralph W. Brown* and *A. Chauncey Newlin* filed a brief for the New York Telephone Co., as *amicus curiae,* in support of the petition.

No. 755. ALLENDALE COMPANY ET AL. *v.* MITCHELL, SECRETARY OF LABOR, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Stuart N. Scott, William J. Kridel, C. Roger Nelson* and *Franklin M. Schultz* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney, Edward H. Hickey, Stuart Rothman* and *Bessie Margolin* for the Secretary of Labor, and *Arthur J. Goldberg, David E. Feller* and *Benjamin Wyle* for the Textile Workers Union of America, respondents.

No. 719. RICHFIELD OIL CORP. *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Gregory A. Harrison, Moses Lasky, Marion B. Plant, Alvin J. Rockwell* and *David Guntert* for petitioner. *Solicitor General Sobeloff, Theophil C. Kammholz, David*